IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GULFSIDE CASINO PARTNERSHIP**                                             **PLAINTIFF**

VS.                        **NO. 4:24-cv-592-LPR**

**CHEROKEE NATION BUSINESSES, LLC;
CHEROKEE NATION ENTERTAINMENT, LLC;
POPE COUNTY JUDGE BEN CROSS IN HIS
OFFICIAL CAPACITY; THE POPE COUNTY
QUORUM COURT; JUSTICES OF THE PEACE
PHILLIP HANEY, MARGARET MOTLEY,
TIM WHITENBURG, RONNIE WILBANKS,
JACKIE HEFLIN, MARY METZ-BLAYLOCK,
BLAKE TARPLEY, AARON CAROTHERS,
BILL SPARKS, ALLAN GEORGE, LANE SCOTT,
JORDAN SOWERS, AND DAVID IVY, IN THEIR
OFFICIAL CAPACITIES AS MEMBERS OF THE
POPE COUNTY QUORUM COURT; THE ARKANSAS
RACING COMMISSION**                             **DEFENDANTS**

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Defendants Cherokee Nation Businesses, LLC and Cherokee Nation Entertainment, LLC, by and through their counsel, McDaniel Wolff, PLLC, hereby certifies that:

1. Cherokee Nation Businesses, LLC is incorporated in Oklahoma and is the tribally owned holding company of Cherokee Nation;

2. Cherokee Nation Entertainment, LLC is incorporated in Oklahoma and is a limited liability company of which Cherokee Nation Businesses, LLC is the sole member and manager;

3. No public corporation owns 10% or more of Cherokee Nation Businesses, LLC or Cherokee Nation Entertainment, LLC stock; and

4. A supplemental disclosure statement will be filed upon any change in the

1

information provided herein.

          Respectfully submitted,

          Bart W. Calhoun, Ark. Bar No. 2011221
          McDaniel Wolff, PLLC
          1307 West Fourth Street
          Little Rock, AR 72201
          Phone: (501) 954-8000
          Email: bart@mcdanielwolff.com