IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| GULFSIDE CASINO PARTNERSHIP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE NATION BUSINESSES, LLC; )<br>CHEROKEE NATION ENTERTAINMENT, LLC; )<br>POPE COUNTY JUDGE BEN CROSS IN HIS )<br>OFFICIAL CAPACITY; THE POPE COUNTY )<br>QUORUM COURT; JUSTICES OF THE PEACE )<br>PHILLIP HANEY, MARGARET MOTLEY, )<br>TIM WHITENBURG, RONNIE WILBANKS, )<br>JACKIE HEFLIN, MARY METZ-BLAYLOCK, )<br>BLAKE TARPLEY, AARON CAROTHERS, )<br>BILL SPARKS, ALLAN GEORGE, LANE SCOTT, )<br>JORDAN SOWERS, AND DAVID IVY, IN THEIR )<br>OFFICIAL CAPACITIES AS MEMBERS OF THE )<br>POPE COUNTY QUORUM COURT; THE ARKANSAS )<br>RACING COMMISSION, )<br>)<br>Defendants. ) | Case No. 4:24-cv-592-LPR |

**MOTION FOR REMAND**

Comes now the Plaintiff, Gulfside Casino Partnership, through counsel, and for its Motion for Remand, states and alleges as follow:

1. Plaintiff moves that this case be remanded to the Circuit Court of Pulaski County, Arkansas, pursuant to 28 U.S.C.A. § 1447, as this action is not removable, in accordance with 28 U.S.C.A. § 1441, for the reasons set out in the accompanying brief, which is incorporated herein, as if set out word for word.

2.	Remand is appropriate because this Court lacks subject-matter jurisdiction under 28 U.S.C.A. § 1332.  The Arkansas Racing Commission is an agency of the State of Arkansas and, therefore, is not a citizen of any state.  As such, complete diversity does not exist, and this Court is without subject-matter jurisdiction.

**WHEREFORE**, Plaintiff prays that this action be remanded to the Circuit Court of Pulaski County, Arkansas, and for all other just and proper relief.

Dated: August 5, 2024.

        Respectfully submitted,

        Kenneth P. "Casey" Castleberry
        Ark. Bar No. 2003109
        **CASTLEBERRY LAW FIRM, PLLC**
        Post Office Box 7572
        Little Rock, Arkansas 72217
        (501) 804-8111 – telephone
        (501) 335-4592 – facsimile
        casey@castleberrylawfirm.com

        Lucas Z. Rowan, Ark. Bar No. 2008191
        **DODDS, KIDD, RYAN & ROWAN**
        313 West 2nd Street
        Little Rock, Arkansas 72201
        (501) 375-9901 – telephone
        (501) 376-0387 – facsimile
        lrowan@dkrfirm.com

        *Counsel for Plaintiff,*
        *Gulfside Casino Partnership*